**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01599-CV

### VICTOR MALDONADO, Appellant

### V.

### SUMEER HOMES, INC., ET AL., Appellees

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-01137-E**

## ORDER

We **GRANT** appellant's October 28, 2013 unopposed motion for an extension of time to file reply briefs in response to the respective briefs filed by appellees. Appellant shall file his reply briefs on or before November 22, 2013.

/s/    DAVID LEWIS
           JUSTICE